UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60920-CIV-MORENO

ROBERT EARL JACKSON,

    Plaintiff,

vs.

WALTER McNEIL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DENYING PETITIONER'S WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 16**) on **June 18, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues in Magistrate Judge's Report and Recommendation present, the Court notes that no objections were filed, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 16**) on **June 18, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    This petition for writ of habeas corpus is DENIED for the reasons stated in Magistrate Judge White's Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of July, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record